# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

April 18, 2003

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Nos. 02-1702, 02-1726 & 02-1925

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeals from the United States |
| *Plaintiff-Appellee/* | District Court for the |
| *Cross-Appellant*, | Northern District of Illinois, |
| v. | Eastern Division. |
| JOHN SERPICO and GILBERT CATALDO, | No. 99 CR 570 |
| *Defendants-Appellants/* | Blanche M. Manning, *Judge*. |
| *Cross-Appellees*. | |

**O R D E R**

John Serpico's petition for panel rehearing is DENIED.  The court's February 20, 2003, opinion is AMENDED as follows:

–on page 1, the word "Bud" is stricken.

–on page 10, the last sentence of the last full paragraph is amended to read:

> Therefore, the district court should have sentenced Serpico and Cataldo under §2E5.1.